# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMANUEL T. EREME,** | : | **CIVIL ACTION NO. 1:06-2470** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **WALTER STAPLES, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of March, 2007, upon consideration of the report and recommendation of the magistrate judge (Doc. 10), recommending that plaintiff's complaint be transferred to U.S. District Court for the District of Maryland, to which no objections were filed,[1] and, following an independent review of the record, it appearing that the magistrate judge properly addressed the jurisdictional issue (see Doc. 10), it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 10) is ADOPTED.

2. The above-captioned case is TRANSFERRED to the U.S. District Court for the District of Maryland.

3. The Clerk of Court is directed to CLOSE this file.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that plaintiff filed a document entitled "addendum to report and recommendation." (Doc. 12.) However, plaintiff concedes that this document is not a "written objection" pursuant to L.R. 72.3. (Id.)